JAMES G. IVINS v. HENRY R. ACKERSON.

In error to Supreme Court. For opinion of Supreme Court, see 9 *Vroom* 220.

DALRIMPLE, J. The opinion of the Supreme Court is affirmed, for the reasons stated in the opinion of the Chief Justice.

*For affirmance*—DALRIMPLE, DIXON, KNAPP, REED, WOODHULL, CLEMENT, GREEN, LATHROP, LILLY—9.

*For reversal*—None.

---

STATE, SMITH AND MINTURN, PROSECUTORS, v. RIKER.

In error to Supreme Court.

Judgment of the Supreme Court affirmed.

*For affirmance*— THE CHIEF JUSTICE, DALRIMPLE, DIXON, KNAPP, REED, WOODHULL, CLEMENT, GREEN, LATHROP, LILLY, WALES—11.

*For reversal*—None.